# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

158789 (64)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVID R. SANDERS and HEATHER H.
SANDERS,
        Plaintiffs-Appellees,

v

TUMBLEWEED SALOON, INC., and
PAINTER INVESTMENTS, INC., d/b/a
CHAUNCEY'S PUB,
        Defendants-Appellants,

and

SHAWN SPOHN and ZACHARY PIERCE,
        Defendants.

SC: 158789
COA: 338937
Montmorency CC: 16-003949-NO

_____/

On order of the Court, the motion for reconsideration of this Court's May 22, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk

p0715